IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, LLC<br>d/b/a GENESIS DIAGNOSTICS | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| SIERRA HEALTH & LIFE INSURANCE<br>COMPANY, INC. | : <br> : | NO. 24-1979 |

## ORDER

**AND NOW**, this 9th day of December, 2024, upon consideration of Defendant's "Motion to Compel Arbitration" (Docket No. 8), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Compel Arbitration is **GRANTED**.

2. The parties shall submit this matter to arbitration pursuant to the Healthcare Payor Provider Arbitration Rules of the American Arbitration Association.

3. This matter is **STAYED** pursuant to 9 U.S.C. § 3 pending arbitration.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.