IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, LLC | : | CIVIL ACTION |
| d/b/a GENESIS DIAGNOSTICS | : | |
| | : | |
| v. | : | |
| | : | |
| SIERRA HEALTH & LIFE INSURANCE | : | |
| COMPANY, INC. | : | NO. 24-1979 |

## ORDER

**AND NOW**, this 23rd day of October, 2025, this Court having entered an Order on December 9, 2024, granting Defendant's Motion to Compel Arbitration, requiring the parties to submit this matter to arbitration pursuant to the Healthcare Payor Provider Arbitration Rules of the American Arbitration Association, and staying the case pursuant to 9 U.S.C. § 3 pending arbitration, and Defendant having informed the Court on October 17, 2025, in response to our request for a status update, that Plaintiff has not yet initiated arbitration or taken any other action relating to this dispute, **IT IS HEREBY ORDERED** that, on or before November 12, 2025, Plaintiff shall **SHOW CAUSE** as to why we should not lift the stay that we imposed on December 9, 2024, and dismiss this case for lack of prosecution.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.